Nos. 917 and 918.  BERGSON v. FIDELITY-PHILADELPHIA TRUST CO., TRUSTEE.  April 25, 1938.  Petitions for

writs of certiorari to the Supreme Court of Pennsylvania denied. *Mr. Walter B. Gibbons* for petitioner. *Mr. Joseph First* for respondent.